# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3326
_____

M. D., mother of J. M., a child,

   Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
David Gooding, Judge.

March 14, 2018

PER CURIAM.

   AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

M.D., pro se, Appellant.

Ward L. Metzger, Appellate Counsel, Florida Department of Children and Families, Jacksonville, for Appellee.